AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Venue: San Francisco |
| V. | CRIMINAL COMPLAINT |
| MIRIAM DE LA FUENTE-JIMENEZ | CASE NUMBER: **MEJ** 3-08-70424 |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about  December 27, 2007   in  Sonoma County , in the   Northern    District of    California    defendant(s) did,

**OFFENSE:** MIRIAM DE LA FUENTE-JIMENEZ, an alien, after having been removed, excluded, and deported from the United States, was thereafter found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title   8   United States Code, Section(s)        1326

I further state that I am a(n)   Deportation Officer   and that this complaint is based on the following facts:
Official Title

### SEE ATTACHED AFFIDAVIT IN SUPPORT OF THIS COMPLAINT

**PENALTIES:** Imprisonment for not more than 20 years, a fine of not more than $250,000.00, a $100.00 dollar special assessment, and 3 years supervised release.

APPROVED AS TO FORM: _Denise N Barton_
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Warrant of Arrest Requested: ☐ Yes ☒ No
Bail Amount: **NO BAIL**

Signature of Complainant

Sworn to before me and subscribed in my presence,

7/10/08  at   San Francisco, California
Date                                           City and State

**Honorable Nandor J. Vadas**
**United States Magistrate Judge**
Name & Title of Judicial Officer              Signature of Judicial Officer

| | |
|---|---|
| STATE AND NORTHERN DISTRICT OF CALIFORNIA | ) |
| | ) ss, AFFIDAVIT |
| CITY AND COUNTY OF SAN FRANCISCO | ) |

I, Cesar J. Lopez, Deportation Officer, U.S. Immigration and Customs Enforcement (ICE), being duly sworn, depose and state:

## I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.    This affidavit is submitted in support of a criminal complaint against MIRIAM DE LA FUENTE-JIMENEZ, for violating 8 U.S.C. § 1326. The facts set forth in this Affidavit are based on my review of DE LA FUENTE-JIMENEZ'S official Immigration file (No. A94 812 212), my personal observations, my training and experience, and where noted, information related to me by other law enforcement officials. However, the facts set forth in this Affidavit are not all facts related to DE LA FUENTE-JIMENEZ that I know.

## II. AGENT'S BACKGROUND AND EXPERTISE

2.    I have been a Deportation officer with the U. S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), formerly the United States Department of Justice (DOJ), Immigration and Naturalization Service (INS), for approximately 14 years. I am currently assigned to ICE's San Francisco, California office, and I am responsible for enforcing federal criminal statutes involving criminal aliens who reenter the United States illegally.

## III. APPLICABLE LAW

3.    Title 8 U.S.C. § 1326 provides criminal penalties for "any alien who . . . has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act . . . ."

## IV. FACTS ESTABLISHING PROBABLE CAUSE

4.    MIRIAM DE LA FUENTE-JIMENEZ is a 26 year-old female who is a native and citizen of Mexico. DE LA FUENTE-JIMENEZ was deported from the United States to Mexico on February 07, 2007 and February 12, 2007. DE LA FUENTE-JIMENEZ last entered the United States illegally on an unknown date in February 2007, by voluntarily crossing into Arizona through the international border with Mexico by foot. DE LA FUENTE-JIMENEZ knowingly

remained in the United States without first having obtained the consent to reapply for admission from the Attorney General of the United States or the United States Secretary of Homeland Security.

5.  The official Immigration file for DE LA FUENTE-JIMENEZ contains two executed Warrants of Removal dated February 7, 2007 and February 12, 2007.

6.  On or about December 27, 2007, an ICE agent encountered DE LA FUENTE-JIMENEZ pursuant to her incarceration at the Sonoma County Jail in Santa Rosa, California on unrelated charges. DE LA FUENTE-JIMENEZ stated that her name was Miriam De La Fuente-Jimenez. Subsequently, the agent lodged an ICE detainer against her.

7.  On July 01, 2008, Immigration Enforcement Agent Michael Shan interviewed DE LA FUENTE-JIMENEZ at the ICE, Detention and Removal, Field Office in San Francisco, California. After DE LA FUENTE-JIMENEZ was advised of her Miranda rights and the right to speak with the consular or diplomatic officers of her country of citizenship, she admitted that her true name was MIRIAM DE LA FUENTE-JIMENEZ. DE LA FUENTE-JIMENEZ admitted that she was a citizen and national of Mexico and that she had been previously deported from the United States. She also admitted that she illegally reentered the United States on an unknown date in February, 2007.

8.  On July 02, 2008, a full set of rolled fingerprints belonging to DE LA FUENTE-JIMENEZ was submitted to the Automated Fingerprint Identification Center ("AFIS"), for verification of the identity. The fingerprint examiner positively identified the fingerprint as belonging to DE LA FUENTE-JIMENEZ who had previously been removed from the United States as referenced in paragraphs 4 and 5.

9.  There is no indication in ICE's official files that DE LA FUENTE-JIMENEZ has applied for or been granted the requisite permission to reenter the United States from either the Attorney General of the United States or the Secretary of Homeland Security.

## V. CONCLUSION

10. On the basis of the above information, I submit that probable cause exists to believe that MIRIAM DE LA FUENTE-JIMENEZ illegally reentered the United States following deportation, in violation of 8 U.S.C. § 1326.

Cesar J. Lopez
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
San Francisco, California

Subscribed and sworn to before me this 10th day of July, 2008.

The Honorable Nandor J. Vadas
United States Magistrate Judge
Northern District of California
San Francisco, California

-3-