# United States District Court

**FOR THE NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO**

E-filing

FILED JUL 17 PM 1:45
RICHARD H. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

v.

 

CR 08 0475

MIRIAM DE LA FUENTE-JIMINEZ

**SI**

DEFENDANT.

---

## INDICTMENT

Title 18, U.S.C. § 1326 - Illegal Re-Entry After Deportation

---

INDICT

A true bill.

_____
Foreman

Filed in open court this __17__ day of  JULY 2008

**Brenda Tolbert**
Clerk

MARIA-ELENA JAMES

Bail, $ _____

No Arrest

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count 1: 8 USC section 1326, Illegal Re-Entry After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

**PENALTY:**
Class D Felony: Max. 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; potential deportation

**DEFENDANT - U.S.**
▶ MIRIAM DE LA PUENTE-JIMINEZ

**DISTRICT COURT NUMBER**
CR 08 0475 SI

FILED
08 JUL 17 PM 1:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
DHS/ICE Deportation Officer Cesar Lopez

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-08-70424 MEJ

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Denise Marie Barton

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☒ Yes ☐ No } If "Yes" give date filed 7/11/2008 Month/Day/Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶ 7/11/2008

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
08 JUL 17 PM 1:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No.: CR 08 0475 SI |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation |
| | ) |
| MIRIAM DE LA FUENTE-JIMINEZ, | ) SAN FRANCISCO VENUE |
| | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

On or about February 7, 2007 and February 12, 2007, the defendant,

MIRIAM DE LA FUENTE-JIMINEZ,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about December 27, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-

//
//

INDICTMENT

1 | application by the defendant for admission into the United States, in violation of Title 8, United
2 | States Code, Section 1326.

5 | DATED: July 17, 2008                    A TRUE BILL.
6 | 7— 17- 0 8
7 |                                          FOREPERSON

9 | JOSEPH P. RUSSONIELLO
   | United States Attorney

12 | KYLE F. WALDINGER
    | Deputy Chief, Major Crimes Section

16 | (Approved as to form: _____
    |                        AUSA BARTON

INDICTMENT                               2