UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/15/08

Case No.   CR-08-0475  SI             Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- MIRIAM DE LA FUENTE-JIMINEZ (C)(P)

Attorneys:   D. Barton            E. Falk

Deputy Clerk: Tracy Sutton  Court Reporter: McVickar

**PROCEEDINGS**

1)  Trial Setting - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                           PART

Case continued to **8/19/08  @ 2 p.m.**   for Change of Plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: Effective Preparation
**Delay begins:          Delay ends: 8/19/08**
(   AUSA to draft order            )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )