**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/19/08

Case No.   CR-08-0475 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- MIRIAM DE LA FUENTE-JIMINEZ (C)(P)
SP.INT: Basker

Attorneys:   Hasib sp. For D. Barton              Bosworth

Deputy Clerk: Tracy Sutton  Court Reporter: L. Zinn

**PROCEEDINGS**

1) Change of Plea - NOT HELD

2) _____
3) _____

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                    PART

Case continued to **10/3/08  @ 11 a.m.**   for Change of Plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: Effective Preparation
**Delay begins:          Delay ends: 10/3/08**
(  AUSA to draft order           )

ORDERED AFTER HEARING:
The parties need additional time to further negotiate the "fast track" issues.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )